| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-00057-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CRMISC 1238/2:07cr131-MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James Johnson 277 Glover Road Tyler, Alabama 36785 | DISTRICT Southern District of Alabama | DIVISION Mobile |
|---|---|---|
| | NAME OF SENTENCING JUDGE Callie V. S. Granade | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/27/2006 — TO 7/26/2009 |

OFFENSE
Bank Robbery

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-13-07
Date

*signature* Callie V. S. Granade
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/7/2007
Effective Date

*signature*
United States District Judge

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By *Clair Roberts*
Deputy Clerk
Date 7-3-07