MN

Mhn 25

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 04-00057-CB |
| v. | * | USAO NO. 04R00078 |
| | * | |
| | * | VIOLATION: |
| JAMES JOHNSON | * | 18 USC § 2113(a) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 3, 2004, in the Southern District of Alabama, Northern Division, the defendant,

**JAMES JOHNSON**

by force and violence and by intimidation, did take from the person and presence of bank employee, Carla Ross, approximately $2,628.00 in monies belonging to, and in the care, custody, control, management, and possession of the SouthTrust Bank, located at 423 Broad Street, Selma, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _Claire Roberts_
Deputy Clerk
Date 7-3-07

A TRUE BILL

*[signature]*

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DAVID P. YORK
UNITED STATES ATTORNEY
by:

*[signature]*
Michel Nicrosi
Assistant United States Attorney

*[signature]*
Gina S. Vann
Assistant United States Attorney
Chief, Criminal Division

MARCH 2004

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987) |
| **JAMES JOHNSON**<br>a/k/a James Johnson, Jr. | CASE NUMBER: **2:04-00057-001**<br>USM NUMBER: **08672-003** |
| THE DEFENDANT: | Christopher Knight, Esquire<br>Defendant's Attorney |

(X) pleaded guilty to count 1 of the Indictment on 9/14/2004.
( ) pleaded nolo contendere to count(s) __ which was accepted by the court.
( ) was found guilty on count(s) __ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 18 USC § 2113(a) | Bank robbery. | 03/03/2004 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ) The defendant has been found not guilty on count(s) __.
( ) Count(s) __ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 13, 2004
Date of Imposition of Judgment

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

December 20, 2004
Date

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _Clarise Roberts_
Deputy Clerk
Date 7-3-07

Judgment 2

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **JAMES JOHNSON**, a/k/a James Johnson, Jr.
Case Number: **2:04-00057-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term of <u>THIRTY-THREE (33) MONTHS as to Count 1 of the Indictment</u>**.

(X)  The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available.**

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
    ( )  at ____ a.m./p.m. on ____.
    ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )  before 2 p.m. on ____.
    ( )  as notified by the United States Marshal.
    ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____
with a certified copy of this judgment.

<u>   UNITED STATES MARSHAL   </u>

By_____
Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **JAMES JOHNSON**, a/k/a James Johnson, Jr.
Case Number: **2:04-00057-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

(X) **Special Conditions:** 1) the defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office; 2) the defendant is prohibited from making major purchases, incurring new credit charges, or opening additional lines of credit without approval of the Probation Officer until such time as the financial obligations imposed by this court have been satisfied in full; 3) the defendant shall provide the Probation Office access to any requested financial information; and 4) The defendant shall make restitution as set forth on Sheets 5, Part A & 5, Part B of this Judgment.

> *For offenses committed on or after September 13, 1994:* The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( ) The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

( ) The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)

( ) The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

(X) **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the** <u>attached page</u> **(if applicable).**

---
**See Page 4 for the**
**"STANDARD CONDITIONS OF SUPERVISION"**
---

Judgment 4

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **JAMES JOHNSON**, a/k/a James Johnson, Jr.
Case Number: **2:04-00057-001**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **JAMES JOHNSON**, a/k/a James Johnson, Jr.
Case Number: **2:04-00057-001**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 |  | $1,190.00 |

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)** However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

(X)   The defendant shall make restitution to the following payees in the amounts listed below.

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| SouthTrust Bank<br>Attn: Shaudonna Minor, Branch Manager<br>4213 Broad Street<br>Selma, AL 36701 |  | 1,190.00 |  |
| **TOTALS:** | $ | $1,190.00 |  |

( )   If applicable, restitution amount ordered pursuant to plea agreement.  $

( )   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

(X)   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    (X)   The interest requirement is waived for the  ( ) fine and/or   (X) restitution.
    ( )    The interest requirement for the   ( ) fine and/or   ( ) restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 6

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part B - Schedule of Payments

Defendant: **JAMES JOHNSON**, a/k/a James Johnson, Jr.
Case Number: **2:04-00057-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  (X) Lump sum payment of $ 1,290.00 _____ due immediately, balance due

  ( ) not later than _____ , or (X) in accordance with ( ) C, ( ) D, ( ) E or (X) F below; or

B  ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, ( ) E or ( ) F below); or

C  ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ( ) Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to ay at that time; or

F  (X) Special instructions regarding the payment of criminal monetary penalties: Restitution is due immediately and payable in full, and is to be paid through the Clerk, U.S. District Court. If full restitution is not immediately paid, any amount owing during a period of incarceration shall be subject to payment through the Bureau of Prison's Inmate Financial Responsibility Program. As a special condition of supervised release, the Probation Office shall pursue collection of any balance remaining at the time of release in installments to commence no later than 30 days after the date of release. If restitution is to be paid in installments, the court orders that the defendant make at least minimum monthly payments in the amount of $50.00; and further orders that interest shall not accrue on this indebtedness. The defendant is ordered to notify the court of any material change in his ability to pay restitution. The Probation Office shall request the court to amend any payment schedule, if appropriate.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )  **Joint** and Several:

( )  The defendant shall pay the cost of prosecution.

( )  The defendant shall pay the following court cost(s):

( )  The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.**

PSYCH

# U.S. District Court
## Southern District of Alabama (Selma)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00057-CG-B All Defendants
### Internal Use Only

Case title: USA v. Johnson

Date Filed: 03/25/2004
Date Terminated: 12/20/2004

Assigned to: Chief Judge Callie V. S. Granade
Referred to: Magistrate Judge Sonja F. Bivins

**Defendant**

**James Johnson** (1)
*TERMINATED: 12/20/2004*

represented by **Christopher Knight**
Federal Defender's Office
Southern District of Alabama
2 S. Water St., 2nd Floor
Mobile, AL 36602
251-433-0910
Fax: 2514330686
Email: chris_knight@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

BANK ROBBERY
(1)

**Disposition**

Imprisonment: 33 months as to Count 1 w/recommendation that dft be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available; SRT: 3 years w/special conditions as set out; Restitution: $1,190.00 to SouthTrust to be paid as set out; SA $100.00.

**Highest Offense Level (Opening)**

Felony

*[Stamp: Certified to be a true and correct copy of the original. Charles R. Diard, Jr. U.S. District Court Southern District of Alabama By [signature] Deputy Clerk Date 7-3-07]*

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                         represented by  **Michel Nicrosi**
                                                            Miller, Hamilton, Snider & Odom
                                                            P.O. Box 46
                                                            Mobile, AL 36601
                                                            251-432-1414
                                                            Fax: 251-433-1001
                                                            Email: michelnicrosi@mhsolaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2004 | 1 | INDICTMENT as to James Johnson (1) count(s) 1 (Bank Robbery). (Attachments: # 1 Penalty Pages) (srr, ) (Entered: 03/26/2004) |
| 03/29/2004 | 2 | Praecipe for Warrant filed by USA as to James Johnson (Nicrosi, Michel) (Entered: 03/29/2004) |
| 03/29/2004 | 3 | Petition for Writ of Habeas Corpus ad prosequendum by USA as to James Johnson. (Attachments: # 1 # 2)(Nicrosi, Michel) (Entered: 03/29/2004) |
| 03/29/2004 |   | MOTIONS as to James Johnson REFERRED to Judge Milling re: 3 Petition for Writ of Habeas Corpus ad prosequendum (cwr, ) (Entered: 03/29/2004) |
| 03/29/2004 | 4 | Arrest Warrant Issued as to James Johnson. (cwr, ) (Entered: 03/29/2004) |
| 03/29/2004 | 5 | ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to James Johnson (1). Signed by Judge Bert W. Milling Jr. on 3/29/04. (cwr, ) (Entered: 03/29/2004) |
| 03/29/2004 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to James Johnson for 4/21/04 Arraignment set for 4/21/2004 02:00 PM in Courtroom 3B before Magistrate Judge Sonja F. Bivins. (cwr, ) (Entered: 03/29/2004) |

| | | |
|---|---|---|
| 03/29/2004 | | (Court only) ***Location start as to James Johnson (cwr, ) (Entered: 03/29/2004) |
| 04/21/2004 | 7 | CJA 23 Financial Affidavit by James Johnson (mjn, ) (Entered: 04/23/2004) |
| 04/21/2004 | 8 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Christopher Knight for James Johnson appointed. Signed by Judge Sonja F. Bivins on 4/21/04. (mjn, ) (Entered: 04/23/2004) |
| 04/21/2004 | 9 | ORDER OF DETENTION as to James Johnson that issue of detention is MOOT because def is in state custody; Signed by Judge Sonja F. Bivins on 4/21/04. (mjn, ) (Entered: 04/23/2004) |
| 04/21/2004 | 10 | Order on Arraignment as to James Johnson (1) Count 1; Jury Selection set for 6/1/2004 08:45 AM; Trial set during June, 2004 criminal term; Pretrial Motions due by 4/30/2004. Probation Conference set for 4/29/2004 1:30 PM; Pretrial Conference set for 5/10/2004 11:15 AM in Chambers before Magistrate Judge Sonja F. Bivins. Signed by Judge Sonja F. Bivins on 4/21/04. (mjn, ) (Entered: 04/23/2004) |
| 04/28/2004 | 11 | Arrest Warrant Returned Executed on 4/15/04. as to James Johnson. (cwr, ) (Entered: 04/28/2004) |
| 04/29/2004 | 12 | Notice of Insanity Defense by James Johnson (Knight, Christopher) (Entered: 04/29/2004) |
| 04/29/2004 | 13 | MOTION for Psychiatric Exam by USA as to James Johnson. (Nicrosi, Michel) (Entered: 04/29/2004) |
| 04/30/2004 | | MOTIONS as to James Johnson REFERRED to Judge Bivins re: 13 MOTION for Psychiatric Exam (mab) (Entered: 04/30/2004) |
| 04/30/2004 | 14 | ORDER FOR PSYCHIATRIC EVALUATION OF DEFENDANT PURSUANT TO 18 U.S.C. SECTIONS 4241 AND 4242, granting 13 Motion for Psychiatric Exam as to James Johnson, and CANCELLING pretrial conference set for May 10, 2004. Signed by Judge Sonja F. Bivins on 04/30/2004. (mab) (Entered: 04/30/2004) |
| 08/25/2004 | 32 | Psychiatric Report Received (Sealed) as to James Johnson (cwr, ) Additional attachment(s) added on 6/28/2006 (cts, ). (Entered: 08/25/2004) |
| 09/01/2004 | 15 | ORDER as to James Johnson, setting action for trial in the October 2004 trial term, with jury selection to be held on October 4, 2004; setting Competency Hearing for 9/8/2004 at 10:00 AM in Courtroom 2B before Chief Judge Callie V. S. Granade; and directing USM to produce deft. for hearing. Signed by Judge Callie V. S. Granade on 09/01/2004. (mab) (Entered: 09/01/2004) |
| 09/01/2004 | 16 | ORDER as to James Johnson, scheduling Pretrial Conference for 9/10/2004 at 11:45 AM in Chambers before Magistrate Judge Sonja F. Bivins. Signed by Judge Sonja F. Bivins on 09/01/2004. (mab) (Entered: |

| | | |
|---|---|---|
| | | 09/02/2004) |
| 09/08/2004 | ● | Minute Entry for proceedings held before Judge Callie V. S. Granade:Competency Hearing as to James Johnson held on 9/8/2004 (Court Reporter Roy Isbell) (mab) (Entered: 09/08/2004) |
| 09/08/2004 | ●17 | Notice of Intent to Plead Guilty as to James Johnson (Knight, Christopher) (Entered: 09/08/2004) |
| 09/08/2004 | ●18 | ORDER, finding defendant, James Johnson, competent to stand trial. Signed by Judge Callie V. S. Granade on 09/08/2004. (mab) (Entered: 09/08/2004) |
| 09/08/2004 | ●19 | ORDER as to James Johnson re 17 Notice of Intent to Plead Guilty, setting Change of Plea Hearing for 9/14/2004 at 9:00 AM in Courtroom 2B before Chief Judge Callie V. S. Granade; directing United States Marshal to produce defendant for hearing; and cancelling pretial conference scheduled for 9/10/04. Plea agreement due one full day prior to guilty plea hearing. Signed by Judge Sonja F. Bivins on 09/08/2004. (mab) (Entered: 09/08/2004) |
| 09/14/2004 | ● | Minute Entry for proceedings held before Judge Callie V. S. Granade:Change of Plea Hearing as to James Johnson held on 9/14/2004. Sentencing set for 12/13/04 at 1:00 p.m. (Court Reporter Roy Isbell) (mab) (Entered: 09/14/2004) |
| 09/14/2004 | ●20 | FACTUAL RESUME as to James Johnson filed in open court. (mab) (Entered: 09/14/2004) |
| 09/14/2004 | ●21 | Order on Guilty Plea entered. James Johnson Guilty Count 1. Court Reporter Roy Isbell. Sentencing set for 12/13/2004 at 1:00 PM in Courtroom 2B before Chief Judge Callie V. S. Granade. Presentence Investigation Report due 11/8/2004. Position with Respect to Sentencing Factors due 11/29/2004. Deft. to remain in custody. Signed by Judge Callie V. S. Granade on 09/14/2004. (Attachments: #(1) Standing Order No. 5) (mab) (Entered: 09/14/2004) |
| 09/22/2004 | ●22 | ORDER as to James Johnson amending 21 Order on Guilty Plea nunc pro tunc to read: Pending sentencing, the defendant shall remain in custody. Signed by Judge Callie V. S. Granade on 09/22/2004. (mab) (Entered: 09/22/2004) |
| 11/10/2004 | ●23 | *SEALED* Criminal Fine Improvments Sheet as to James Johnson (bpf) (Entered: 11/10/2004) |
| 11/16/2004 | ●24 | POSITION regarding sentencing factors *without objections* filed by USA as to James Johnson without objections (Nicrosi, Michel) (Entered: 11/16/2004) |
| 11/29/2004 | ●25 | MOTION for Downward Departure by James Johnson. (Knight, Christopher) (Entered: 11/29/2004) |

| | | |
|---|---|---|
| 11/29/2004 | 26 | POSITION regarding sentencing factors by James Johnson without objections (Knight, Christopher) (Entered: 11/29/2004) |
| 12/03/2004 | 27 | *SEALED* PRESENTENCE INVESTIGATION REPORT and Sentencing Recommendation as to James Johnson. (Attachments:, # 1 Addendum, # 2 Recommendation)(bpf) (Entered: 12/03/2004) |
| 12/08/2004 | 28 | SENTENCING NOTICE as to James Johnson: Sentencing set for Monday, December 13, 2004 at 1:00 p.m. before Chief U.S. District Judge Callie V. S. Granade. NOTE: As provided by Title 18 U.S.C. Section 3013, convicted persons are to be prepared to pay the special assessment(s) at the time of sentencing. (mab) (Entered: 12/08/2004) |
| 12/13/2004 | 29 | ORAL ORDER denying 25 Motion for Downward Departure as to James Johnson made in open court by Chief Judge Callie V. S. Granade on 12/13/2004. (mab) (Entered: 12/13/2004) |
| 12/13/2004 |  | Minute Entry for proceedings held before Judge Callie V. S. Granade: Sentencing held on 12/13/2004 for James Johnson, Imprisonment 33 months on Count 1; w/recommendation that deft. be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available; SRT 3 years, w/special conditions imposed as set out in judgment; Restitution imposed in the amount of $1,190.00 to be paid as set out in judgment; $100.00. (Court Reporter Roy Isbell) (mab) (Entered: 12/13/2004) |
| 12/20/2004 | 30 | JUDGMENT as to James Johnson, Count 1 - Imprisonment: 33 months as to Count 1 w/recommendation that dft be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available; SRT: 3 years w/special conditions as set out; Restitution: $1,190.00 to SouthTrust to be paid as set out; SA $100.00. Signed by Judge Callie V. S. Granade on 12/20/04. (copies to AUSA, Dft's Attny, Finance/USDC, Finance/USAO, Appeals, BOP, Prob, P/T & 4 cert. to USM on 12/20/04) (tot,) (Entered: 12/20/2004) |
| 05/16/2005 | 31 | Judgment Returned Executed as to James Johnson on 4/25/05 Deft. delivered to FCI Talladega. (cwr, ) (Entered: 05/19/2005) |
| 07/03/2007 | 33 | Probation Jurisdiction Transferred to Middle Dist. of Alabama as to James Johnson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr) (Entered: 07/03/2007) |