PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUL 10 A 9:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Johnson                    Case Number: 2:07cr131-MHT

Name of Sentencing Judicial Officer: The Honorable Callie V. S. Granade, Chief U.S. District Judge (Southern District of Alabama); jurisdiction accepted by U.S. District Judge Myron H. Thompson in the Middle District of Alabama on May 7, 2007

Date of Original Sentence: December 13, 2004

Original Offense: Bank Robbery

Original Sentence: 33 months custody followed by 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: July 27, 2006

Assistant U.S. Attorney: Unassigned                        Defense Attorney: Unassigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1- Mandatory Condition Number 1: "The defendant shall not commit another federal, state or local crime." | On July 9, 2007, Johnson was arrested by the White Hall, Alabama Police Department on charges of Harassing Communications and Theft of Property III. |
| Viol. 2-Special Condition #4: "The defendant shall make restitution as set forth on Sheets 5, Part A & 5, Part B of [the] Judgment." | Johnson has failed to pay according to the payment schedule set by the court in that only $5 has been paid toward his $100 special assessment. Johnson has failed to make any payments toward his $1,190 in restitution. |

| | |
|---|---|
| **Viol. 3-Standard Condition #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."** | On or about February 12, 2007, and July 6, 2007, Johnson provided urine samples that tested presumptive positive for the presence for cocaine. Johnson admitted to using cocaine on both occasions. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ July 10, 2007 _____

/s/ David A. Conoly
David A. Conoly
U. S. Probation Officer


Reviewed and approved:_____/s/ David Ron Thweatt_____
David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date