IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr131-MHT |
| **JAMES JOHNSON** | ) | |

### ORDER

It is ORDERED that the revocation petition (Doc. No. 3) is set for hearing on September 25, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 22nd day of August, 2007.

                        /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**