IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-131-MHT |
| | ) | |
| JAMES JOHNSON | ) | |

## NOTICE OF WAIVER OF DETENTION AND PRELIMINARY HEARINGS

COMES NOW the Defendant, **JAMES JOHNSON**, by and through undersigned counsel, Michael J. Petersen, and submits this waiver of detention and preliminary hearing. Although the Court previously scheduled both a detention and a preliminary hearing in this case for August 27, 2007, after further consultation with undersigned counsel, Mr. Johnson agrees that it is not in his best interest to contest his detention at this time. In addition, after consultation with undersigned counsel, Mr. Johnson also agrees that it is not in his best interest to request a preliminary hearing at this time. Therefore, while Mr. Johnson has been advised of his right to a detention hearing as well as a preliminary hearing in this case, he hereby expressly waives such right and respectfully requests that this Court enter an Order canceling the previously scheduled hearing.

Dated this 24th day of August 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-131-MHT |
| | ) | |
| **JAMES JOHNSON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, AUSA.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M