IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr131-MHT |
| | ) | |
| JAMES JOHNSON | ) | |

## **ORDER**

Upon consideration of the waiver of detention hearing and preliminary hearing filed by defendant on August 24, 2007 (Doc. # 13), and for good cause, it is

ORDERED that defendant's motion to cancel the detention and preliminary hearing set for August 27, 2007 at 4:00 p.m. is GRANTED, and the hearing is hereby CANCELLED. It is further

ORDERED that the defendant is committed to the custody of the United States Marshal pending the revocation hearing in this case.

DONE, this 27th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE