IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr131-MHT |
| | ) | |
| JAMES JOHNSON | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 27th day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr131-MHT |
| | ) | |
| JAMES JOHNSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Peterson, Esq.

Respectfully submitted,

/s/Nathan D. Stump
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov