PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Johnson                            Case Number: 2:07cr131-MHT

Name of Sentencing Judicial Officer: The Honorable Callie V.S. Granade, Chief U. S. District Judge, Southern District of Alabama. On May 7, 2007, jurisdiction transferred to Middle District of Alabama and case assigned to The Honorable Myron H. Thompson, U.S. District Judge.

Date of Original Sentence: December 13, 2004

Original Offense: Bank Robbery

Original Sentence: 33 months custody followed by 3 years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: July 27, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows and dismiss the petition (Document# 3) filed on July 10, 2007:

1. **The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of <u>six (6)</u> months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer. The Court designates Bannum Place of Montgomery for service of this sentence. While residing at the community corrections facility, the defendant shall participate in substance abuse treatment.**

2. **The defendant shall participate in a mental health treatment program as directed by the probation officer, and contribute to the cost based on ability to pay and availability of third-party payments.**

3. **The defendant shall submit to an occupational assessment(s) to determine his ability to obtain and maintain employment.**

## CAUSE

**Viol. 1- Mandatory Condition Number 1: "The defendant shall not commit another federal, state or local crime."** On July 9, 2007, Johnson was arrested by the White Hall, Alabama Police Department on charges of Harassing Communications and Theft of Property III. On July 18, 2007, Johnson appeared in the White Hall, Alabama, Municipal Court and was found guilty of Harassing Communication and fined $106 along with $10 in court costs. He was acquitted of Theft of Property III.

**Viol. 2-Special Condition #4: "The defendant shall make restitution as set forth on Sheets 5, Part A&5, Part B of [the] Judgment."** Johnson has failed to pay according to the payment schedule set by the court in that only $5 has been paid toward his $100 special assessment. Johnson has failed to make any payments toward his $1,190 in restitution.

**Viol. 3-Standard Condition #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."** On or about February 12, 2007, and July 6, 2007, Johnson provided urine samples that tested presumptive positive for cocaine. Johnson admitted to using cocaine on both occasions.

The probation officer believes that a placement in the halfway house can be used as an alternative to incarceration and adequately address Johnson's violation conduct as noted above. While in the halfway house, the offender can be assessed for substance abuse and mental health treatment. Johnson along with his counsel are in agreement with the proposed modifications. Government counsel has also voiced no opposition to the requested modifications.

    Respectfully submitted,

by   /s/ David A. Conoly
    U.S. Probation Officer
    Date: August 30, 2007

Reviewed and approved: /s/ David Ron Thweatt
    Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above and the Dismissal of the Petition (Document #3) filed on July 10, 2007. The defendant is to remain in the custody of the U.S. Marshal until a bedspace becomes available at Bannum Place of Montgomery at which time the probation officer will notify the U.S. Marshal for the defendant to be released to Bannum Place of Montgomery.
[ ]   Other

 

Signature of Judicial Officer

Date

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) **The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of <u>six (6)</u> months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer. The defendant will remain in custody until his transfer to the community corrections facility. The Court designates Bannum Place of Montgomery for service of this sentence. While residing at the community corrections facility, the defendant shall participate in substance abuse treatment.**

2) **The defendant shall participate in a mental health treatment program as directed by the probation officer, and contribute to the cost based on ability to pay and availability of third-party payments.**

3) **The defendant shall submit to an occupational assessment(s) to determine his ability to obtain and maintain employment.**

Witness: _____
David A. Conoly
U. S. Probation Officer

Signed: _____
James Johnson, Jr.
Probationer or Supervised Releasee

Attorney: _____
Michael J. Petersen
Attorney at Law

8/24/2007
Date